# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:19-CV-185-RJC-DCK

| | |
|---|---|
| MATTHEW HYNAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      <u>**ORDER**</u> |
| | ) |
| XPO LOGISTICS FREIGHT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Nicole K. Haynes, concerning Andrew Dutkanych on April 22, 2019. Mr. Andrew Dutkanych seeks to appear as counsel *pro hac vice* for Plaintiff Matthew Hynan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. Mr. Andrew Dutkanych is hereby admitted *pro hac vice* to represent Plaintiff Matthew Hynan.

**SO ORDERED**.

Signed: April 22, 2019

David C. Keesler
United States Magistrate Judge