# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-185-RJC-DCK

| | |
|---|---|
| MATTHEW HYNAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| XPO LOGISTICS FREIGHT, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Kelly S. Hughes, concerning Kenneth B. Siepman on April 22, 2019. Mr. Kenneth B. Siepman seeks to appear as counsel *pro hac vice* for Defendant XPO Logistics Freight, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Mr. Kenneth B. Siepman is hereby admitted *pro hac vice* to represent Defendant XPO Logistics Freight, Inc.

**SO ORDERED**.

Signed: April 22, 2019

David C. Keesler
United States Magistrate Judge