# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-185-RJC-DCK

| | |
|---|---|
| MATTHEW HYNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| XPO LOGISTICS FREIGHT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 31) filed October 24, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until otherwise ordered. The parties shall file a joint Status Report on or before **January 15, 2020**, and every ninety (90) days thereafter until this case is closed.

Signed: October 25, 2019

David C. Keesler
United States Magistrate Judge